| DISTRICT COURT OF THE VIRGIN ISLANDS |
| :---: |
| DIVISION OF ST. CROIX |

GLORIA WASHINGTON,

                **Plaintiff,**　　　　2006-CV-0097

   v.

HOVENSA, L.L.C., and TRIANGLE
CONSTRUCTION AND MAINTENANCE,
INC.,

                **Defendants.**

TO:   Lee J. Rohn, Esq.
        C. Beth Moss, Esq.

### ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS

THIS MATTER came before the Court upon Plaintiff's Motion For Sanctions (Docket No. 66). Defendant HOVENSA, L.L.C., filed an opposition to said motion. This order is issued without necessity of reply.

Plaintiff seeks sanctions for said Defendant's alleged failure to comply with the Court's orders (Docket Nos. 64 and 65) regarding Plaintiff's motions to compel said Defendant to provide supplemental responses to discovery. As said Defendant notes in its opposition, the said orders did not provide a specific deadline for providing such discovery. The record reflects that said Defendant has served its supplemental discovery

*Washington v. HOVENSA, L.L.C.*
2006-CV-0097
Order Denying Plaintiff's Motion For Sanctions
Page 2

responses as directed by said orders.  Consequently, the Court finds that Plaintiff's motion for sanctions is moot.

    WHEREFORE, it is hereby **ORDERED** that Plaintiff's Motion For Sanctions (Docket No. 66) is **DENIED AS MOOT**.

                                            ENTER:

Dated: August 22, 2008                              /s/
                                                  GEORGE W. CANNON, JR.
                                                  U.S. MAGISTRATE JUDGE